**Karen Sue Naylor (State Bar No. 144273)**
**23101 Lake Center Drive, Suite 355**
**Lake Forest, CA  92630**
**Telephone:    (949) 748-7936**
**Facsimile:    (949) 851-6926**
**Email  karen@ringstadlaw.com**

CHAPTER 7 TRUSTEE

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>**LUCAS B. SMITH**<br>**MARICELA SMITH,**<br><br>              Debtor(s) | Case No. **8:24-bk-13262-SC**<br>Chapter 7<br><br>**REQUEST FOR COURT COSTS**<br><br>[NO HEARING REQUIRED] |

### TO THE CLERK OF THE ABOVE-ENTITLED COURT:

The undersigned Trustee is prepared to file a Final Report and Account and requests that the Clerk of the Court provide the court costs that have been incurred in this case.  Said sum will be included in the Final Report and Account.

DATED:    September 8, 2025            /s/ Karen Sue Naylor, Trustee

KAREN SUE NAYLOR, Chapter 7 Trustee